AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ARTEMIO VIDALS SANCHEZ on behalf of himself, and others similarly situated,

*Plaintiff(s)*

v.

Civil Action No. 22 CV 5881

HL SUPERMARKET, INC. and JOHN LIN, individually,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HL SUPERMARKET, INC.
6722 Fort Hamilton Parkway
Brooklyn, New York 11219

JOHN LIN
6722 Fort Hamilton Parkway
Brooklyn, New York 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/3/2022

Brenna B. Mahoney
*CLERK OF COURT*

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*